

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-18-00485-CR
No. 02-18-00486-CR

---

MICHAEL CURTIS PIERCE, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court Nos. 1339789D, 1339792D

---

Before Gabriel, Kerr, and Pittman, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has filed an unopposed, voluntary motion to dismiss his appeals and to immediately issue our mandates. *See* Tex. R. App. P. 42.2(a), 18.1(c). Because we have not yet decided these appeals, we grant the motion, dismiss the appeals, and will issue our mandates this same day. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: May 23, 2019